UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY E. SHEPHARD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:05-CV-79 |
| | ) | (VARLAN/GUYTON) |
| JOHN O'QUINN and O'QUINN ENTERPRISES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

# **DEFAULT JUDGMENT**

As set forth in the accompanying Memorandum Opinion, plaintiff's motion for default judgment [Doc. 35] is **GRANTED** and default judgment is hereby entered in favor of the plaintiff, Gary E. Shephard, Jr., and against the defendants, John O'Quinn and O'Quinn Enterprises, Inc. as follows: $12,199.00 for medical expenses; $16,709.50 for attorney fees; $200.00 for costs; and $90,860 in civil penalties, for a total judgment of $119,968.50.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE